THEODORE W. NELIOHKA *vs.* CHARLES A. ESTERLY and another.

May 27, 1882.

**Part-performance of Entire Contract by Servant — Wilful Default.—**
In case of a contract to work for an entire month for an entire price, a
servant who leaves his master's service before the expiration of the
month, without excuse and by his own wilful fault, can recover nothing
for the portion of the month for which he has worked.

Appeal by defendants from a judgment of the municipal court of
St. Paul, a motion for a new trial having been denied.

*I. V. D. Heard* and *Jas. F. O'Brien*, for appellants.

*J. N. Rogers*, for respondent.

BERRY, J.   The evidence in this case shows that plaintiff was in
defendants' employ, under an engagement to work for them for the
entire month of December for $50.   That plaintiff left defendants'
service on December 23d, and remained away for four days without
any excuse, and not only without defendants' consent, but in the face
of their express objection, and that defendants refused to permit
him to re-enter their service upon his return, is undisputed, and in
fact admitted by both parties.   The contract was, then, entire.   The
plaintiff did not perform on his part.   He offers no excuse for his non-
performance, but, on the contrary, his failure to perform was wholly his
own wilful fault.   In such a state of facts he is not entitled to recover
anything for the partial performance of his engagement; namely,
for the work performed by him prior to leaving defendants' service on
December 23d.   Metcalf on Contracts, 8; *Mason* v. *Heyward,* 3 Minn.
116, (182;) *Williams* v. *Anderson,* 9 Minn. 39, (50;) *Stees* v. *Leonard,*
20 Minn. 494; *Weber* v. *Clark,* 24 Minn. 354; *Beach* v. *Mullin,* 34
N. J. Law, 343.

The verdict is entirely unsupported by the evidence, and the judg-
ment is accordingly reversed.